UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| HERBERT O. ALLEN, | ) CV 07-102-R (SH) |
| Plaintiff, | ) ORDER ACCEPTING REPORT AND ) RECOMMENDATION OF UNITED ) STATES MAGISTRATE JUDGE |
| v. | ) |
| COUNTY OF LOS ANGELES, et al., | ) |
| Defendants. | ) |

Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the Second Amended Complaint and other papers along with the Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of any matters in Report and Recommendation as to which objections have been raised.

///

///

THE Court (1) accepts the Report and Recommendation, (2) grants Defendant King's Motion to Strike as to Plaintiff's Third Cause of Action; (3) denies Defendant's Motion to Strike as to Plaintiff's First and Fourth Causes of Action; and (4) granting Defendant King's Motion to Dismiss as to Plaintiff's Second Cause of Action; and (5) dismissing the Second Amended Complaint, and the action without leave to amend.

DATED: _March 12, 2009____

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE