UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| HERBERT O. ALLEN,<br><br>            Plaintiff,<br><br>   v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>            Defendants. | ) CV 07-102-R  (SH)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

     Pursuant to the Order of the Court accepting the Report and recommendation of the United States Magistrate Judge,

     IT IS ORDERED AND ADJUDGED that the action is dismissed with prejudice.

DATED:  March 12, 2009

                                          MANUEL L. REAL<br>
                             UNITED STATES DISTRICT JUDGE